**COURT OF APPEAL, FIRST CIRCUIT**
**STATE OF LOUISIANA**

RE: Docket Number 2019-CA-0440

Michael Thompson

- - Versus - -

Transocean Offshore Deepwater Drilling, Inc. and
Transocean Deepwater, Inc.

19th Judicial District Court
Case #: 650292
East Baton Rouge Parish

On Application for Rehearing filed on 03/04/2020 by Michael Thompson

Rehearing _Denied_

_Vanessa Guidry Whipple_
Vanessa Guidry Whipple

_John M. Guidry_
John Michael Guidry

_William J. Burris_
William J. Burris

Date **MAY 2 8 2020**

_Peggy J. Landry_
Rodd Naquin, Clerk